IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RASHAWN BUTLER and ROBERT WHITEHEAD, Individually and as the Natural Parents of RASHUNDRA WHITEHEAD, Deceased, and RASHAWN BUTLER as Administrator of the Estate of RASHUNDRA WHITEHEAD,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:07-CV-2336-JEC |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)**

The parties hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that the above-captioned action is voluntarily dismissed with prejudice.

Respectfully submitted this 11TH day of September, 2009.

|  |  |
|---|---|
|  | SALLY QUILLIAN YATES<br>Acting United States Attorney |
| /s/ Audrey Tolson<br>AUDREY TOLSON<br>(By LDC with express permission)<br>Georgia Bar No. 714321<br>Cochran Cherry Givens Smith & Sistrunk<br>127 Peachtree St. NE<br>Suite 800<br>Atlanta, GA 30303<br>(404) 222-9922 (tel) | /s/ Lisa D. Cooper<br>LISA D. COOPER<br>Assistant United States Attorney<br>Georgia Bar No. 186165<br>United States Attorney's Office<br>75 Spring Street, S.W.<br>600 U.S. Courthouse<br>Atlanta, Georgia 30303<br>404-581-6249 (tel) |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |

## **CERTIFICATE OF COMPLIANCE**

I certify that the documents to which this certificate is attached have been prepared with one of the font and point selections approved by the Court in Local Rule 5.1B for documents prepared by computer.

/s/ Lisa D. Cooper
LISA D. COOPER
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Hezekiah Sistrunk, Jr.
>Audrey Tolson
>Cochran, Cherry, Givens, Smith, Sistrunk & Sams, P.C.
>800 The Candler Bldg.
>127 Peachtree St. NE
>Atlanta, Georgia 30303

This 11th day of September, 2009.

>/s/ Lisa D. Cooper
>Assistant U.S. Attorney